UNITED STATES of America, Plaintiff–Appellee,

v.

Michael Ray WEST, Defendant–Appellant.

No. 02–11358.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2003.

Nancy E. Larson, Assistant US Attorney, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Michael Ray West, Texas Department of Criminal Justice, Institutional Division Hughes Unit, Gatesville, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender, counsel for Michael Ray West, has filed a motion for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). West has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

